USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: ___4/2/26_____

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

IN RE APPLICATION OF CPI PROPERTY GROUP, S.A. PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN FOREIGN PROCEEDINGS.

Case No. ___25-mc-475_____

## [PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION
## FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782
## TO CONDUCT DISCOVERY FOR USE IN FOREIGN PROCEEDINGS

Upon consideration of the *Ex Parte* Application of CPI Property Group S.A. ("CPIPG") pursuant to 28 U.S.C. § 1782 (the "Application"), the supporting memorandum (the "Memorandum"), declarations, and accompanying exhibits, and for good cause shown,

IT IS HEREBY ORDERED that:

1.    The Application is GRANTED;

2.    Pursuant to 28 U.S.C. § 1782, CPIPG is authorized to issue and serve subpoenas in substantially the same form as Exhibits 5, 6, 7, 8, 9, and 10 (the "Subpoenas") attached to the Declaration of Rachel Trouba on the targets identified therein, Mr. Valentin Saitarli and his companies of VandM Holding LLC, and Thallium Group, LLC, d/b/a Exclusive PR Solutions, for the production of documents and deposition testimony for use in civil proceedings in England and Wales;

3.    The Subpoenas shall be served in accordance with Rule 45 of the Federal Rules of Civil Procedure; and

4.    The Court shall retain jurisdiction to enforce this Order and to resolve any disputes arising from the Subpoenas or discovery conducted pursuant to this Order.

2

IT IS SO ORDERED.


Dated: April 2, 2026                    ENTERED:
     New York, NY

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE